# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

PERRY PARKER                                                         PLAINTIFF

VS.                                                       CAUSE No.: 4:11cv95-GHD-JMV

PROTEIN PRODUCTS                                     DEFENDANT

## ORDER

This matter is before the court following the May 23, 2012 Order entered by this court granting defendant's motion to compel (# 19). In granting the motion, the court ordered that pursuant to Rule 37(b)(2)(C), the plaintiff would have to pay to the defendant the reasonable expenses, including attorney's fees caused by his failure to comply with an order of the court and his failure to respond to the discovery propounded. The defendant has since provided the court with a detailed explanation of the costs, expenses, and fees incurred as a result of filing the motion to compel. The court has reviewed the defendant's submission and has made the following revisions: reducing the .75 hours spent reviewing the docket to .5, or to $125; reducing the 1.75 hours spent on drafting the motion to 1, or to $250; reducing the 2.5 hours spent on reviewing plaintiff's responses to 1, or to $250; reducing the 3 hours spent on revisions to the motions to 1, or to $250.00; and reducing the 1.5 hours of review by Ms. Barnett to 1, or to $130, making the amount of sanctions come to a total of $1,005.00. Consistent with the May 23, 2012 order granting defendant's motion to compel, the plaintiff is instructed to pay defendant the above amount no later than July 13, 2012.

     **SO ORDERED** this 2nd day of July 2012.

                                                                                               /s/Jane M. Virden
                                                                                            U.S. MAGISTRATE JUDGE